UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

OSCAR SANCHEZ,

                       Plaintiff,

  -against-

EL BARRIO'S CAR SERVICE, LLC, NEW EASY
WAY RADIO DISPATCH, INC., GERMANIA
ALTAMIRANO, JOSE ALTAMIRANO, EAST
RIVER PLAZA LLC,

                      Defendants.
------------------------------------- X

DEFAULT JUDGMENT

19 Civ. 08724 (GBD)

GEORGE B. DANIELS, District Judge:

This action was commenced on September 19, 2019, by the filing of a Summons and Complaint. An Amended Complaint was filed on October 3, 2019. A copy of the Amended Summons and Complaint was served on Defendant El Barrio's Car Service, LLC on December 4, 2019, Defendant New Easy Way Radio Dispatch, Inc. on December 6, 2019, Defendant Jose Altamirano on December 19, 2019, and Defendant Germania Altamirano on January 4, 2020, by personally serving an Authorized Agent at the Office of the Secretary of State of the State of New York. Proof of service was filed on February 6, 2020, and January 23, 2020, respectively. The remaining Defendants[1] in this action have failed to answer, appear, or otherwise move with respect to the Complaint, and the time for appearing, answering, or moving has expired.

It is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff Oscar Sanchez have judgment against Defendants El Barrio's Car Service, LLC, New Easy Way Radio Dispatch, Inc., Germania Altamirano, and Jose Altamirano.

---

[1] Plaintiff submitted a letter request (ECF No. 65) to voluntarily dismiss Defendant East River Plaza, LLC from the above-captioned case. Plaintiff's request to dismiss Defendant East River Plaza, LLC is GRANTED.

This matter is to be referred to a Magistrate Judge for an inquest on damages. All conferences and deadlines previously scheduled are adjourned *sine die*.

Dated: October 3, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE