**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Oscar Sanchez,

                                        **Plaintiff,**

                    -against-

El Barrio's Car Service, Inc. et al.,

                                        **Defendants.**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:____10/04/2022__
```

**1:19-cv-08724 (GBD) (SDA)**

**SCHEDULING ORDER FOR**
**DAMAGES INQUEST**

**STEWART D. AARON, United States Magistrate Judge:**

On October 3, 2022, Judge Daniels entered an Order finding that Plaintiffs are entitled to a default judgment against defendants El Barrio's Car Service, LLC, New Easy Way Radio Dispatch, Inc., Germania Altamirano, and Jose Altamirano (collectively, the "Defaulting Defendants"). (10/3/22 Order, ECF No. 66.) Thereafter, Judge Daniels referred this case to me for an inquest with respect to the nature of the judgment to be entered. (*See* Order of Ref., ECF No. 67.)  Accordingly, it is hereby Ordered as follows:

1.      Plaintiff shall serve the Defaulting Defendants and file Proposed Findings of Fact and Conclusions of Law concerning all damages and any other monetary relief permitted under the entry of default judgment no later than October 25, 2022. Plaintiff shall include with such service a copy of this Order. The submission shall contain a concluding paragraph that succinctly summarizes what damage amount (or other monetary relief) is being sought, including the exact dollar amount.

2.      Plaintiff's Proposed Findings of Fact should specifically tie the proposed damages figure to their legal claim(s); should demonstrate how Plaintiff arrived at the proposed damages figure; and should be supported by one or more affidavits, which may attach any documentary

evidence establishing the proposed damages.  <u>Each Proposed Finding of Fact shall be followed by a citation to the paragraphs of the affidavit(s) and or page of documentary evidence that supports each such Proposed Finding</u>. To the extent the Proposed Findings contain any allegations regarding liability, the Proposed Findings should cite to the appropriate paragraph of the Amended Complaint.

3.      In lieu of conclusions of law, Plaintiff may submit a memorandum of law setting forth the legal principles applicable to Plaintiff's claim or claims for damages (including but not limited to the legal basis for any claim for interest or attorneys' fees).  Plaintiff's papers must include an affidavit from someone with personal knowledge, setting forth the facts which establish that the Court has both personal jurisdiction over the Defaulting Defendants, and jurisdiction over the subject matter.

4.      The Defaulting Defendants shall send to Plaintiff's counsel and file with the Court their response, if any, to Plaintiff's submissions no later than November 9, 2022.

5.      The Court hereby notifies the parties that it may conduct this inquest based solely upon the written submissions of the parties. *See Bricklayers & Allied Craftworkers Local 2, Albany, N.Y. Pension Fund v. Moulton Masonry & Const., LLC*, 779 F.3d 182, 189 (2d Cir. 2015) (quoting *Action S.A. v. Marc Rich & Co.*, 951 F.2d 504, 508 (2d Cir. 1991)); *Cement & Concrete Workers Dist. Council Welfare Fund, Pension Fund, Annuity Fund, Educ. & Training Fund & Other Funds v. Metro Found. Contractors Inc.*, 699 F.3d 230, 234 (2d Cir. 2012) (citation omitted).  To the extent that any party seeks an evidentiary hearing on the issue of damages, such party must set forth in its submission the reason why the inquest should not be conducted based upon the

written submissions alone, including a description of what witnesses would be called to testify

at a hearing and the nature of the evidence that would be submitted.

**SO ORDERED.**

Dated:       New York, New York
             October 4, 2022

_____

STEWART D. AARON
United States Magistrate Judge

3