UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

OSCAR SANCHEZ, individually and on behalf of others similarly situated,

                Plaintiff,

-against-                                           19 CIVIL 8724 (GBD)(SDA)

## JUDGMENT

EL BARRIO'S CAR SERVICE, INC., NEW EASY WAY RADIO DISPATCH, INC., GERMANIA ALTAMIRANO, and JOSE ALTAMIRANO,

                Defendants.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated April 25, 2023, Magistrate Judge Aaron conducted a comprehensive and careful inquest. This Court finds no error, clear or otherwise, in the Report's analysis. Magistrate Judge Aaron's recommended judgment regarding damages and interest is ADOPTED in full for the reasons stated in the Report. Final judgment shall is entered ordering Defendants to pay Plaintiff: (1) $107,851.90 for unpaid wages, unpaid overtime compensation, and spread-of-hours pay; (2) $107,851.90 in liquidated damages; and (3) pre-judgment interest at the statutory rate on the amount of $107,851.90, calculated beginning May 6, 2016, in the amount of $67,680.76; accordingly, the case is closed.

**Dated:**  New York, New York

       April 25, 2023

                                                                   **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                                  **BY:**    *K. Mango*

                                                                   **Deputy Clerk**