USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/06/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Oscar Sanchez,

                Plaintiff,

-against-

El Barrio's Car Service, Inc., et al.,

                Defendants.

1:19-cv-08724 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    The undersigned has been referred Plaintiff's pending non-dispositive Motion to Appoint Receiver(s) at ECF No. 83 (Am. Order of Reference, ECF No. 84), a copy of which was served upon Defendants. (Aff. of Service, ECF No. 83-3.) Defendants shall file any opposition to said motion no later than Friday, September 27, 2024. Plaintiff may file and serve upon Defendants a reply, if any, no later than Friday, October 4, 2024.

**SO ORDERED**.

Dated:     New York, New York
            September 6, 2024

_____
**STEWART D. AARON**
**United States Magistrate Judge**