**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
OSCAR SANCHEZ, on behalf of himself and on behalf of all other similarly situated persons,

                      Plaintiff,

     -against-                                     19 **CIVIL** 8724 (GBD)(SDA)

## AMENDED JUDGMENT

EL BARRIO'S CAR SERVICE, LLC, NEW EASY WAY RADIO DISPATCH, INC., JOSE ALTAMIRANO, AND GERMANIA ALTAMIRANO,

                      Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated April 25, 2023, and the Court's Order dated December 4, 2024, the Judgment is corrected pursuant to Rule 60(a) of the Federal Rules of Procedure so that the defendant El Barrio's Car Service, Inc is changed to its proper name of El Barrio's Car Service, LLC. Magistrate Judge Aaron conducted a comprehensive and careful inquest. This Court finds no error, clear or otherwise, in the Report's analysis. Magistrate Judge Aaron's recommended judgment regarding damages and interest is ADOPTED in full for the reasons stated in the Report. Final judgment shall is entered ordering Defendants to pay Plaintiff: (1) $107,851.90 for unpaid wages, unpaid overtime compensation, and spread-of-hours pay; (2) $107,851.90 in liquidated damages; and (3) pre-judgment interest at the statutory rate on the amount of $107,851.90, calculated beginning May 6, 2016, in the amount of $67,680.76.

**Dated:** New York, New York

       December 4, 2024

                                                      **TAMMI M. HELLWIG**
                                                       Clerk of Court

                               **BY:**
                                                 _____
                                                        **Deputy Clerk**