KUSHNER LAW GROUP PLLC

September 18, 2026

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11A
New York, New York 10007

Re: Sanchez v. El Barrio's Car Service, Inc., et al; 19-cv-8724 (GBD)(SDA)
Letter Motion for Leave to File Supporting Declaration Under Seal / Ex Parte

Dear Judge Daniels:

Undersigned counsel respectfully submits this letter motion pursuant to Section 1(D) of Your Honor's Individual Practices, Section 6 of the SDNY Electronic Case Filing Rules and Instructions, and *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), seeking leave to file under seal and *ex parte* the supporting Declaration of Michael P. Kushner, Esq. ("Declaration") submitted in connection with counsel's contemporaneously filed Motion to Withdraw as Counsel for **EL BARRIO'S CAR SERVICE, LLC, NEW EASY WAY RADIO DISPATCH, INC., JOSE ALTAMIRANO, and GERMANIA ALTAMIRANO**.

**Legal Standard and Grounds for Sealing**

While the Second Circuit recognizes a common law and First Amendment presumption of public access to judicial documents, that presumption is not absolute and must be balanced against competing interests, including the protection of attorney-client privilege, client confidences, and ethical duties owed by counsel. *See Lugosch*, 435 F.3d at 119–20.

Under SDNY Local Civil Rule 1.4, an attorney seeking to withdraw must demonstrate good cause by affidavit or declaration. Here, the Declaration details sensitive facts regarding an irreparable conflict of interest and communications with Defendants' newly retained counsel. Disclosing these details publicly would reveal sensitive attorney-client confidences, potentially prejudice the clients in this ongoing litigation, and undermine the ethical mandates of New York Rule of Professional Conduct 1.6.

Courts in this District routinely grant applications to file supporting declarations under seal or *ex parte* in connection with motions to withdraw under Local Rule 1.4 to protect these exact interests. *See, e.g., Teamsters Loc. 456 Pension Fund v. Universal Concrete Pumping Inc.*, No. 19-cv-01053 (KMK), 2021 WL 4892866, at *1 (S.D.N.Y. Oct. 20, 2021) (permitting *ex parte* and sealed filings describing attorney-client breakdowns to preserve privilege).

1025 Westchester Avenue, Suite 215 • White Plains, New York 10604
914.898.5500 (telephone) • 914.898.5509 (facsimile)
www.KushLawGroup.com

KUSHNER LAW GROUP PLLC

**Proposed Scope of Sealing**

The request is narrowly tailored to cover only the Declaration containing sensitive attorney-client details. The motion to withdraw itself has been filed publicly on ECF, ensuring public access to the docket while protecting confidential matters.

Accordingly, undersigned counsel respectfully requests that the Court enter an Order authorizing the filing of the supporting Declaration under seal and *ex parte*.

Respectfully submitted,

Michael P. Kushner, Esq.

Cc: All Counsel of Record (BY ECF)

El Barrio's Car Service, LLC
New Easy Way Radio Dispatch, Inc.
Jose Altamirano
Germania Altamirano
(By Email and First-Class Mail
Certified, Return Receipt Requested)

Application GRANTED. "Courts in this district routinely allow documents in support of motions to withdraw as counsel to be filed ex parte and under seal where [as here] necessary to preserve the higher values of confidentiality of the attorney-client relationship between a party and its counsel." *Scala v. Little Feet Childcare Ctr. LLC*, No. 23-CV-09279 (KMK) (VR), 2024 WL 3342604, at *1 (S.D.N.Y. July 9, 2024) (citing *Lugosch v. Pyramid Co.*, 435 F.3d 110, 125 (2d Cir. 2006)). Accordingly, the Declaration at ECF No. 107 shall remain under seal.
SO ORDERED.
Dated: November 5, 2026